

**NUMBER 13-19-00038-CV**

**COURT OF APPEALS**

**THIRTEENTH DISTRICT OF TEXAS**

**CORPUS CHRISTI - EDINBURG**

---

THE CITY OF ALAMO, LUCIANO
OZUNA, JR., ROBERTO DE LA GARZA
AND DIANA MARTINEZ,                                             Appellants,

**v.**

BAUDELIO CASTILLO,                                             Appellee.

---

**On appeal from the 275th District Court
of Hidalgo County, Texas.**

---

## MEMORANDUM OPINION

**Before Chief Justice Contreras and Justices Benavides and Hinojosa
Memorandum Opinion by Justice Hinojosa**

Appellants have filed an interlocutory appeal of the trial court's granting of a temporary injunction. *See* TEX. CIV. PRAC. & REM. CODE ANN. § 51.014(a)(4). Currently before the Court is the parties' joint motion to dismiss the appeal as moot. In their joint motion to dismiss, the parties represent that the trial court has since granted appellants'

plea to the jurisdiction, dismissing all of appellee's claims. The parties therefore urge the Court to dismiss the appeal as moot. *See Hernandez v. Ebrom*, 289 S.W.3d 316, 319 (Tex. 2009) ("Appeals of some interlocutory orders become moot because the orders have been rendered moot by subsequent orders."). The Court, having considered the documents on file and the motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). The motion to dismiss is granted and the appeal is hereby DISMISSED. Appellants shall bear the costs of this appeal. *See id.* R. 42.1(d). Having dismissed the appeal at the parties' request, no motion for rehearing will be entertained, and our mandate will issue forthwith. Appellants' motion to submit the case for consideration is dismissed as moot.

LETICIA HINOJOSA
Justice

Delivered and filed the
30th day of May, 2019.

2